**Order entered January 15, 2020**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00434-CR

**ARTURO ARREOLA GAMIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M14-18190-M**

## ORDER

Before the Court is the State's January 14, 2020 first motion for extension of time to file its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
          PRESIDING JUSTICE